UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DALE RAY MAJORS,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNINGTON COUNTY, PENNINGTON COUNTY JAIL ADMINISTRATION, PENNINGTON COUNTY SHERIFF'S DEPT.,<br><br>    Defendants. | 5:26-CV-05014-CBK<br><br>ORDER |

   Plaintiff, a pretrial detainee at the Pennington County Jail in Rapid City, South Dakota, filed a *pro se* complaint and a motion for leave to proceed *in forma pauperis* without the prepayment of the filing fee. Plaintiff has made the requisite showing under 28 U.S.C. § 1915. Under the Prison Litigation Reform Act, "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). Plaintiff must pay the full $350 filing fee notwithstanding whether or not the matter is subsequently dismissed as frivolous after review under 28 U.S.C. § 1915(e)(2).

   A prisoner must pay, as an initial partial filing fee, 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance of the prisoner's account for the last six months. 28 U.S.C. § 1915(b)(1)(A) and (B). The Court finds, based upon the prisoner trust account report provided, that plaintiff is required to pay an initial filing fee of $9.95.

   Now, therefore,

   IT IS ORDERED:

   1. Plaintiff's motion, Doc. 2, to proceed *in forma pauperis* without the payment of the filing fee is granted.

2. Plaintiff shall pay an initial filing fee in the amount of $9.95 to the Clerk of the U.S. District Court on or before 30 days after the entry of this order. Failure to do so may result in dismissal for failure to prosecute.

3. Whenever the amount in plaintiff's trust account exceeds $10.00, the institution having custody of the plaintiff is hereby directed to forward monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account to the U.S. District Court Clerk's office pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee is paid in full.

4. The Clerk of Court shall send a copy of this order to the appropriate official at plaintiff's institution.

DATED this 17th of February, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge