UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DALE RAY MAJORS,<br><br>               Plaintiff,<br><br>vs.<br><br>PENNINGTON COUNTY, PENNINGTON COUNTY JAIL ADMINISTRATION, PENNINGTON COUNTY SHERIFF'S DEPT.,<br><br>               Defendants. | 5:26-CV-05014-CBK<br><br>ORDER |

    Plaintiff, a pretrial detainee at the Pennington County Jail in Rapid City, South Dakota, filed a *pro se* complaint and a motion for leave to proceed *in forma pauperis* without the prepayment of the filing fee. The motion was granted and plaintiff was ordered to pay an initial filing fee, which he has done.

    The Prison Litigation Reform Act requires the Court to conduct a screening pursuant to 28 U.S.C. § 1915A(b) when a prisoner seeks redress against a government employee. The Court is required to dismiss a case filed without the prepayment of filing fee if it determines that the action (1) is frivolous, malicious, or fails to state a claim on which relief may be granted, or (2) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). I am required to liberally construe plaintiff's complaint and identify any discernable cognizable claim. Solomon v. Petray, 795 F.3d 777, 787 (8th Cir. 2015).

    "To state a claim under § 1983, a plaintiff must allege the violation of a right secured by the Constitution or laws of the United States, and must show that the alleged deprivation was committed by a person acting under color of state law." West v. Atkins, 487 U.S. 42, 48, 108 S. Ct. 2250, 2254-55, 101 L. Ed. 2d 40 (1988). Plaintiff contends that defendants were deliberately indifferent to his serious medical needs in violation of

the Eighth Amendment of the United States Constitution. Plaintiff has adequately set forth a claim against the defendants.

Plaintiff has moved for the appointment of counsel. Appointment of counsel is premature at this time.

Now, therefore,

IT IS ORDERED:

1. Plaintiff's motions, Docs. 4 and 7, for the appointment of counsel are denied.

2. The Clerk of Courts shall provide to plaintiff a separate summons and USM-285 form for each defendant. Plaintiff shall compete and return to the Clerk of Courts a separate summons and USM-285 form for each defendant. Upon receipt of the completed summons and USM-285 forms, the Clerk of Courts will issue the summonses.

2. The United States Marshals Service shall serve a copy of the summons and complaint upon the defendants pursuant to SDCL 15-6-4(d). All costs of service shall be advanced by the United States.

3. In the event plaintiff makes a recovery under the complaint, plaintiff shall reimburse the government for any filing and service fees that have been advanced.

4. If the plaintiff fails to complete and return summons and the USM-285 forms as directed, this matter will be dismissed for failure to prosecute.

DATED this 23rd of February, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge